IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JIM BOB MEEKS,<br>　　Petitioner,<br>VS.<br><br>NATHANIEL QUARTERMAN, Director,<br>T.D.C.J., Correctional<br>Institutions Div.,<br>　　Respondent. | §<br>§<br>§　CIVIL ACTION NO.4:06-CV-507-Y<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Jim Bob Meeks, along with the November 2, 2006, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until November 23, 2006, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on November 2, 2006. The Court concludes that the petition for writ of habeas corpus should be dismissed with prejudice for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge should are ADOPTED.

Petitioner Jim Bob Meeks's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

SIGNED December 1, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE